

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

ANGEL FLORES,                   §          No. 08-18-00065-CR

               Appellant,       §          Appeal from the

v.                              §          120<sup>th</sup>District Court

THE STATE OF TEXAS,             §          of El Paso County, Texas

               State.        §          (TC# 20130D04898)

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 12, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 12, 2018.

IT IS SO ORDERED this 15th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.